lee, elmer edward v. state 









                                        NO. 12-06-00354-CR

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

 

FERRELL
SCOTT, JR.,       §          APPEAL FROM THE 114TH

APPELLANT

 

V.        §          JUDICIAL
DISTRICT COURT OF

 

THE
STATE OF TEXAS,

APPELLEE   §          SMITH
COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER
CURIAM

            This appeal is being dismissed for want of
jurisdiction.  Appellant seeks to appeal
an order denying his second DNA request. 
Texas Rule of Appellate Procedure 26.2 provides that an appeal is
perfected when notice of appeal is filed within thirty days after the trial
court enters an appealable order.  Tex. R. App. P. 26.2(a)(1).  The trial court’s order was signed on August
8, 2006. Consequently, Appellant’s notice of appeal was due to have been filed
on or before September 7, 2006. 
Appellant did not file his notice of appeal until October 11, 2006.  Moreover, Appellant did not file a timely
motion for extension of time to file his notice of appeal as authorized by
Texas Rule of Appellate Procedure 26.3.  

            On October 12, 2006, this Court notified Appellant,
pursuant to rules of appellate procedure 26.2 and 37.2, that the clerk’s record
did not show the jurisdiction of this Court, and it gave him until October 23,
2006 to correct the defect.  On October
23, 2006, Appellant responded to our notice explaining that he was represented
by appointed counsel who “failed to or refused to file a notice of appeal,” and
that he had filed his notice of appeal pro se. 
However, he did not furnish information showing the jurisdiction of this
Court.  Because this Court has no
authority to allow the late filing 

 








 

of a notice of appeal except as
provided by Rule 26.3, the appeal must be dismissed.  See Slaton v. State, 981 S.W.2d
208, 210 (Tex. Crim. App. 1998). 
Accordingly, the appeal is dismissed for want of jurisdiction.

Opinion
delivered October 25, 2006.

Panel
consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

(DO NOT PUBLISH)